FILED

**NOT FOR PUBLICATION**

FEB 06 2017

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-10600 |
| Plaintiff-Appellee, | D.C. No. 2:15-cr-00332-JJT-1 |
| v. | |
| SCOTT MAYNARD, a.k.a. Scott Allen Maynard, | MEMORANDUM[*] |
| Defendant-Appellant. | |

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-10601 |
| Plaintiff-Appellee, | D.C. No. 2:15-cr-50084-JJT-1 |
| v. | |
| SCOTT MAYNARD, a.k.a. Scott Alan Maynard, | |
| Defendant-Appellant. | |

Appeal from the United States District Court
for the District of Arizona
John Joseph Tuchi, District Judge, Presiding

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

Submitted February 2, 2017[**]

Before:     HUG, FARRIS, and CANBY, Circuit Judges.

In these consolidated appeals, Scott Maynard appeals his guilty-plea conviction and 51-month sentence for failure to register as a convicted sex offender, in violation of 18 U.S.C. § 2250(a), and the revocation of supervised release and consecutive 13-month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738 (1967), Maynard's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Maynard the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED**.

---

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).